(06/2017)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT HUNTINGTON

WILLARD BAYS, individually and on behalf of all others similarly situated,

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

v.

WALMART INC., a Delaware corporation, WAL-MART STORES EAST, L.P., a Delaware corporation, and NEC NETWORKS, LLC, a Texas corporation,

CASE NUMBER 3:21cv00460

Pursuant to F R Civ P 7.1, **Defendant**,
(type of party)

who is **WAL-MART STORES EAST, LP**, makes the following disclosure:
(name of party)

1. Is the party a non-governmental corporate party?

   [✔] YES        [ ] NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

   WSE Management, LLC and WSE Investment, LLC are the partners of Wal-Mart Stores East, LP. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC (f/k/a Wal-Mart Stores East, Inc.) The sole member of Wal-Mart Stores East, LLC (f/k/a Wal-Mart Stores East, Inc.) is Walmart Inc.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

   Walmart Inc. is the ultimate parent company of Wal-Mart Stores East, LP, and Walmart Inc. is a publicly-traded company.

   The undersigned party understand that under F R Civ P 7.1, it will promptly file a supplemental statement upon any change in the information that this statement requires.

Date: August 17, 2021

s/Neva G. Lusk (WV Bar #2274)
Signature of Counsel for Party