IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| **WILLARD BAYS,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**WALMART INC., A DELAWARE CORPORATION, WAL-MART STORES EAST, LP, A DELAWARE CORPORATION, AND NEC NETWORKS, LLC, A TEXAS CORPORATION**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **CASE NO.: 3:21-CV-00460** |

## STIPULATION

**NOW COME** plaintiff, Willard Bays ("Bays"), and defendants, Walmart, Inc. and Wal-Mart Stores East, LP ("Walmart") and NEC Networks, LLC d/b/a CaptureRx ("CaptureRx"), by and through their respective undersigned counsel, and hereby stipulate and agree that the deadline for Walmart and CaptureRx to answer or otherwise respond to Bays' complaint is extended to, and including, September 17, 2021.

Dated this 18th day of August, 2021.

> Respectfully submitted,
>
> */s/ William M. Tiano*
> William M. Tiano (WVSB # 4308)
> Tony L. O'Dell (#5770)
> Cheryl A. Fisher (#6379)
> TIANO O'DELL PLLC
> Post Office Box 11830
> Charleston, West Virginia 25339
> (304) 720-6700
> wtiano@tolawfirm.com
> *Counsel for Plaintiff*

01623847.DOCX

*/s/ John R. McGhee, Jr.*
John R. McGhee, Jr. (West Virginia Bar No. 5205)
KAY CASTO & CHANEY PLLC
1500 Chase Tower
707 Virginia Street East, 15th Floor
Charleston, West Virginia 25301
(304) 345.8900 (Telephone)
(304) 345.8909 (Facsimile)
jmcghee@kaycasto.com

and

*/s/ Katherine A. Jones*
Katherine A. Jones (West Virginia Bar No. 7729)
O'HAGAN MEYER, LLC
1 East Wacker Drive, Suite 3400
Chicago, Illinois 60601
(312) 422.6100 (Telephone)
(312) 422.6110 (Facsimile)
kjones@ohaganmeyer.com
*Counsel for NEC Networks, LLC*
*d/b/a CaptureRx, LLC*

and

*/s/ Neva G. Lusk*
Neva G. Lusk (WVSB#2274)
Tai Shadrick Kluemper (WVSB#12261)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Boulevard, East (25301)
Post Office Box 273
Charleston, West Virginia  25321-0273
(304) 340-3866
nlusk@spilmanlaw.com
tklucper@spilmanlaw.com
*Counsel for Walmart, Inc. and Wal-Mart Stores East, LP*