IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRIGNIA

**WILLARD BAYS,**

  **Plaintiff,**

v.　　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 3:21-CV-00460**
                  **Judge Robert C. Chambers**

**WALMART INC., a Delaware
corporation, and WAL-MART STORES
EAST, LP, a Delaware corporation,**

  **Defendants.**

## AGREED DISMISSAL ORDER

NOW COMES the Plaintiff, Willard Bays, by counsel, William M. Tiano and Tiano O'Dell, PLLC, and the Defendants Walmart Inc., and Wal-Mart Stores East, LP, by counsel, Alexander Macia and Spilman Thomas & Battle, PLLC, and announce to the Court that all claims of Willard Bays related to the above-captioned litigation have been compromised and settled. Therefore, the parties jointly move that this matter be dismissed with prejudice.

There appearing no objection to the granting of said motion, it is accordingly ORDERED, ADJUDGED, and DECREED that this civil action be dismissed with prejudice in its entirety.

11/7/22

_____
Robert C. Chambers, Judge